RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Dean Thomas Joshua Winters

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00956-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | (First Request) |
| DEAN THOMAS JOSHUA WINTERS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Dean Thomas Joshua Winters, that the status conference scheduled for December 12, 2025, be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

The Stipulation is entered into for the following reasons:

1. Mr. Winters needs additional time to complete the special conditions of his unsupervised probation.

2. The defendant is out of custody and agrees with the need for continuance.

3.  The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 5th day of December, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Deputy Attorney General of the United States |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Skyler Pearson<br>SKYLER PEARSON<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEAN THOMAS JOSHUA WINTERS,<br><br>    Defendant. | Case No. 2:24-mj-00956-DJA<br><br>ORDER |

IT IS THEREFORE ORDERED that the status conference currently scheduled for December 12, 2025 at the hour of 11:30 a.m., be vacated and continued to **February 20, 2026, at 11:30 a.m. in courtroom 3A**.

DATED this 8th day of December, 2025.

_____
UNITED STATES MAGISTRATE JUDGE