RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Dean Thomas Joshua Winters

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00956-DJA |
| Plaintiff, | **STIPULATION TO ALLOW FINE PAYMENT INSTEAD OF COMMUNITY SERVICE** |
| v. | |
| DEAN THOMAS JOSHUA WINTERS, | |
| Defendant. | |

The parties stipulate and agree that Mr. Winters may substitute a fine payment condition for the community service condition of his unsupervised probation.

Mr. Winters pleaded guilty pursuant to a plea agreement on June 18, 2025. (ECF No. 9.) He was sentenced to unsupervised probation for a period of one year with special conditions including the following: "Complete (50) hours of community service in lieu of a $500 fine along with the mandatory $10 penalty assessment." (*Id.*)

Since that time, Mr. Winters has found employment and is able to pay the fine. The parties agree that Mr. Winters should be permitted to substitute the community service condition with a fine payment condition instead.

DATED this 2nd day of February, 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Rick Mula*
RICK MULA
Assistant Federal Public Defender

TODD BLANCHE
Deputy Attorney General

By */s/ Skyler Pearson*
SKYLER PEARSON
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>DEAN THOMAS JOSHUA WINTERS,<br><br>                Defendant. | Case No. 2:24-mj-00956-DJA<br><br>PROPOSED ORDER |

Good cause appearing, the parties' stipulation is granted.

IT IS THEREFORE ORDERED that Mr. Winters is no longer required to complete 50 hours of community service as a special condition of unsupervised probation.

IT IS FURTHER ORDERED that Mr. Winters instead must pay a $500 fine along with the mandatory $10 penalty assessment as a special condition of unsupervised probation.

DATED this 3rd day of February, 2026.

_____

UNITED STATES MAGISTRATE JUDGE

3