RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Dean Thomas Joshua Winters

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00956-DJA |
| Plaintiff, | **Stipulation and Proposed Order** |
| v. | |
| DEAN THOMAS JOSHUA WINTERS, | |
| Defendant. | |

Mr. Winters was charged by Criminal Complaint on November 21, 2024, with three counts: (1) Operating a Motor Vehicle while Under the Influence of Alcohol (a violation of 36 C.F.R. § 4.23(a)(1)); (2) Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher (a violation of 36 C.F.R. § 4.23(a)(2)); and (3) Refusal to Submit to a Chemical Test (a violation of 36 C.F.R. § 4.23(c)(2)). (ECF No. 1.)

Mr. Winters entered a plea agreement on June 18, 2025 (ECF No. 10). At sentencing, Mr. Winters was sentenced to Count One as follows with Counts Two and Three dismissed:

> One-year term of Unsupervised Probation with special conditions:
>
> 1. Complete (50) hours of community service in lieu of a $500 fine along with the mandatory $10 penalty assessment;
> 2. Attend/ Complete the Lower Court Counseling's DUI Course and Victim Impact Panel;
> 3. Attend/ Complete an Eight (8) hour online alcohol awareness course;
> 4. Attend/ Complete an anger management course.

(*Id.*)

The parties subsequently agreed that Mr. Winters could pay a fine instead of doing community service. (ECF No. 13.) The Court modified the conditions accordingly. (ECF No. 14.)

Mr. Winters has completed the special conditions of his unsupervised probation in accordance with his sentence. Accordingly, the parties agree that the status conference set for February 20, 2026, at 11:30 AM should be vacated.

Dated: February 13, 2026.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States

*/s/ Rick A. Mula*
Rick A. Mula
Assistant Federal Public Defender

*/s/ Skyler H. Pearson*
Skyler H. Pearson
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

DEAN THOMAS JOSHUA WINTERS,

      Defendant.

Case No. 2:24-mj-00956-DJA

ORDER

The Court finds that Mr. Winters has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that Mr. Winters is permitted to withdraw his guilty plea to Count One: Operating a Motor Vehicle Under the Influence.

IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

IT IS FURTHER ORDERED that the status conference set for February 20, 2026 at 11:30 AM is vacated.

DATED this 13th day of February, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3